**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) PATRIK C. McCALL and** | ) | |
| **(2) MALINDA McCALL,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-16-457-RAW** |
| | ) | |
| **(1) STATE FARM FIRE AND** | ) | |
| **CASUALTY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S WITNESS LIST

**COMES NOW** the Defendant State Farm Fire and Casualty Company, by and through its undersigned counsel of record, and pursuant to the Court's Scheduling Order, hereby submits its Witness List. By listing the witnesses below, Defendant does not agree to their admissibility or use at trial, or any other proceeding or hearing, and it does not waive or limit any objections it has concerning relevance, admissibility, or on any other grounds. Defendant reserves the right to challenge or object to any testimony of such listed witnesses at trial or other use in this case, both at trial and before trial, including any motion(s) in limine.

## WITNESSES

| No. | Name and Address | Subject Matter of Discoverable Information |
|---|---|---|
| 1. | Patrik McCall<br>c/o Lytle, Soule & Curlee<br>119 N. Robinson Ste. 1200<br>Oklahoma City, OK 73102 | Expected to have testimony concerning the allegations in Plaintiffs' Petition. |
| 2. | Malinda McCall<br>c/o Lytle, Soule & Curlee<br>119 N. Robinson Ste. 1200<br>Oklahoma City, OK 73102 | Expected to have testimony concerning the allegations in Plaintiffs' Petition. |

| 3. | Alice Young and Jessica Isam Brown O'Haver 220 S.E. 19th Street Ste B Moore, OK 73160 | Public Adjusters hired by Plaintiffs. Expected to have testimony of estimate prepared by Brown O'Haver, condition of Plaintiffs' residence, repairs to Plaintiffs' residence, communication with other witnesses in this matter. |
|----|----|----|
| 4. | Brian Cathey 343 W. Chicken Fight Rd. Atoka, OK 74525 | Original home builder of Plaintiffs' residence. Expected to have testimony concerning materials, condition, size and other details of Plaintiffs' residence. |
| 5. | Jim Cathey Norman, OK 405-808-69225 | Original home builder/owner of Plaintiffs' residence. Expected to have testimony concerning materials, condition, size and other details of Plaintiffs' residence. |
| 6. | Cathey & Associates Representative(s) 420 S. 2nd Street McAlester, OK 74501 | Contractor retained by Plaintiffs. Expected to have testimony concerning its estimate to repair damages to Plaintiffs' residence, condition of Plaintiffs' residence, repairs to Plaintiffs' residence, communication with other witnesses in this matter. |
| 7. | Steve Crow 311 S. Mississippi Ave Atoka, OK 74525 | Plaintiffs' State Farm agent. Expected to have testimony concerning procurement of Plaintiffs' insurance policy and contact with Plaintiffs. |
| 8. | Russell Eldridge Eldridge Construction 900 S. Gin Ave. Atoka, OK 74525 | Contractor retained by Plaintiffs. Expected to have testimony concerning its estimate to repair damages to Plaintiffs' residence, condition of Plaintiffs' residence, repairs to Plaintiffs' residence, communication with other witnesses in this matter. |
| 9. | Danny Sikes | Contractor retained by Plaintiffs. Expected to have testimony concerning its estimate to repair damages to Plaintiffs' residence, condition of Plaintiffs' residence, repairs to Plaintiffs' residence, communication with other witnesses in this matter. |
| 10. | Dink Pingleton Dink Metal 320 N. City Lake Rd. Atoka, OK 74525 | Expected to have testimony concerning Plaintiffs' fence repair. |

| 11. | Edgar Torres<br>732 S. 2nd Street<br>Durant, OK 74701 | Expected to have testimony concerning Plaintiffs' roof repair. |
|---|---|---|
| 12. | Joe Forbus, Byron Galloway, Monica Griffen, Lisa Jernagin, Patricia Roberts, Robert Schick<br>c/o Atkinson, Haskins, et al<br>525 S. Main St. Ste 1500<br>Tulsa, OK 74103 | State Farm claim representatives and team manager who may testify concerning the investigation, inspection, handling and supervision of Plaintiffs' claim which is the basis of this suit, as well as communication with other witnesses in this matter. |
| 13. | Mike Berryman<br>Berryman Enterprises<br>426 NW 5th St.<br>Oklahoma City, OK 73102 | Contractor retained by State Farm. Expected to have testimony concerning estimates to repair damages to Plaintiffs' residence, condition of Plaintiffs' residence, repairs to Plaintiffs' residence, communication with other witnesses in this matter. |
| 14. | Any necessary Records Custodian for Authentication of documents. | Authentication of documents. |
| 15. | Other witnesses identified in discovery. | |
| 16. | Any necessary rebuttal witnesses as needed. | |
| 17. | Expert witnesses to be identified pursuant to the Court's Scheduling Order. | These witnesses will testify on any matters in which expert testimony is likely to be necessary in this case. |
| 18. | All witnesses listed by Plaintiffs not objected to by Defendant. | |
| 19. | Any and all witnesses necessary to sponsor exhibits absent stipulation. | |

Defendant reserves the right to amend this witness list as discovery is ongoing and therefore all necessary and/or pertinent witnesses may not yet be known.

3

Respectfully submitted,

**ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO**
A PROFESSIONAL CORPORATION

  /s/    John S. Gladd
John S. Gladd, OBA #12307
Andrew G. Wakeman, OBA # 21393
J. Andrew Brown, OBA #22504
525 South Main Street, Suite 1500
Tulsa, Oklahoma 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David Youngblood, OBA #11021
YOUNGBLOOD LAW OFFICE
215 E. Court Street
P.O. Box 540
Atoka, OK 74525

--and--

Michael C. Felty, OBA #10804
Steven K. Mullins, OBA #6504
LYTLE, SOULE & CURLEE, P.C.
1200 N. Robinson Renaissance
119 N. Robinson Avenue
Oklahoma City, OK 73102
*Attorneys for Plaintiff*

  /s/    John S. Gladd

4

S:\Files\416\308\witlist.jab.wpd