## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1) PATRIK C. McCALL and** | ) | |
| **(2) MALINDA McCALL,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-16-457-RAW** |
| | ) | |
| **(1) STATE FARM FIRE AND** | ) | |
| **CASUALTY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S EXPERT REPORT

**COMES NOW**, Defendant, State Farm Fire and Casualty Company, by and through its

attorneys of record and pursuant to the Court's Amended Scheduling Order, submits the following

written report of its expert, Michael J. Berryman, of Berryman Enterprises, Inc.

Exhibit 1 - Written Report of Michael J. Berryman.

Respectfully submitted,

**ATKINSON, HASKINS, NELLIS,**
**BRITTINGHAM, GLADD & FIASCO**
A PROFESSIONAL CORPORATION

/s/    J. Andrew Brown
John S. Gladd, OBA #12307
Andrew G. Wakeman, OBA # 21393
J. Andrew Brown, OBA #22504
525 South Main Street, Suite 1500
Tulsa, Oklahoma 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David Youngblood, OBA #11021
YOUNGBLOOD LAW OFFICE
215 E. Court Street
P.O. Box 540
Atoka, OK 74525

--and--

Michael C. Felty, OBA #10804
Steven K. Mullins, OBA #6504
LYTLE, SOULE & CURLEE, P.C.
1200 N. Robinson Renaissance
119 N. Robinson Avenue
Oklahoma City, OK 73102
*Attorneys for Plaintiff*

                                                     /s/   J. Andrew Brown

S:\Files\416\308\Expert Report-djs.wpd